IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GraphOn Corporation, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Google Inc., a Delaware Corporation,<br><br>　　　　　Defendant. | Civil Action No. 2:08cv317 (TJW) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff, GraphOn Corporation ("GraphOn"), and files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and shows the Court the following:

1. Plaintiff GraphOn is a Delaware corporation. No publicly held company owns 10% or more of the stock of GraphOn.

Dated: 08/14/08　　　　　　　　　　By:　　/s/ *Robert Christopher Bunt*
　　　　　　　　　　　　　　　　　　　　　Robert C. Bunt – Lead Attorney
　　　　　　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　　PARKER, BUNT & AINSWORTH, P.C.
　　　　　　　　　　　　　　　　　　　　　Robert M. Parker
　　　　　　　　　　　　　　　　　　　　　State Bar No. 15498000
　　　　　　　　　　　　　　　　　　　　　Charles Ainsworth
　　　　　　　　　　　　　　　　　　　　　State Bar No. 00783521
　　　　　　　　　　　　　　　　　　　　　Andrew T. Gorham
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24012715
　　　　　　　　　　　　　　　　　　　　　100 E. Ferguson, Suite 1114
　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702

Tel: (903) 531-3535
Fax: (903) 533-9687
E-Mail: rcbunt@pbatyler.com
E-Mail: rmparker@pbatyler.com
E-Mail: charley@pbatyler.com
E-Mail: tgorham@pbatyler.com

OF COUNSEL
Michael D. Rounds
Nevada Bar No. 4734
Padma Choudry
Nevada Bar No. 9784
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-Mail: mrounds@watsonrounds.com
E-Mail: pchoudry@watsonrounds.com

Attorneys for Plaintiff,
GRAPHON CORPORATION

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 14th day of August, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                */s/ Robert Christopher Bunt*
                                Robert Christopher Bunt