IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GraphOn Corporation, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Google Inc., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 2:08cv317 (TJW) |

## **NOTICE OF APPEARANCE**

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Plaintiff GraphOn Corporation for the purpose of receiving notices from the Court.

Dated: August 20, 2008

Respectfully submitted,

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
Robert M. Parker
State Bar No. 15498000
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Attorneys for Plaintiffs
GraphOn Corporation

# CERTIFICATE OF SERVICE

       I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this August 20, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                         */s/ Charles Ainsworth*
                                         Charles Ainsworth