UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:08-cv-317

Name of party requesting extension: Google Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/18/2008

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 10/8/2008    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Diane V. DeVasto

State Bar No.: 05784100

Firm Name: Potter Minton, P.C.

Address: 110 N. College Ave., Ste. 500
Tyler, Texas 75702

Phone: 903/597-8311

Fax: 903/593-0846

Email: dianedevasto@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.