GraphOn Corporation v. Google Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 11

2-1-4044

Appendix K　　　　　　　　　　　　　　　　　　　　　　　　　Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Marshall__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2008 AUG 27 AM 10: 23
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case # __2:08cv317(TJW)__
Style: __GraphOn Corporation v. Google Inc.__
2. Applicant is representing the following party/ies: __Google Inc.__
3. Applicant was admitted to practice in __CA__ (state) on __April 5, 2002__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Please see the attached Addendum.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Sean S. Pak_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date __8/22/08__　　　　　Signature __[signature]__

dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Sean S. Pak

State Bar Number 219032

Firm Name: Latham & Watkins LLP

Address/P O Box: 505 Montgomery St., Ste. 2000

City/State/Zip: San Francisco, CA 94111-6538

Telephone #: 415-395-8845

Fax #: 415-395-8095

E-mail Address: sean.pak@lw.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/27/08

David J Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# ADDENDUM

## TO

## APPLICATION FOR ADMISSION TO THE BAR

## OF

## SEAN S. PAK

| Title of Court | Date of Admission | In Good Standing |
|---|---|---|
| State Bar of California | 4/5/2002 | Yes |
| United States District Court – Northern District of the State of California | 5/15/2003 | Yes |
| United States Court of Appeals for the Federal Circuit | 4/26/2007 | Yes |
| United States District Court – Southern District of the State of California | 11/19/2007 | Yes |
| United States District Court – Central District of the State of California | 12/4/07 | Yes |

**Receipt for Payment**  Receipt No: 2-1-0004044

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Wednesday, August 27, 2008**

Received from:

**POTTER MINTON**

**TYLER, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: **Check**

Case or other reference: **2:08cv317  PHV**

Comments: **CK 67884**

Received by: **pa**