GraphOn Corporation v. Google Inc. Doc. 12

2-1-4044

Appendix K                                                                Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Marshall___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
2008 AUG 27 AM 10: 23
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case # __2:08cv317(TJW)__
Style: __GraphOn Corporation v. Google Inc__
2. Applicant is representing the following party/ies: __Google Inc.__
3. Applicant was admitted to practice in __NY__ (state) on __January 30, 2006__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant
11. Applicant has been admitted to practice in the following courts:
__Please see attached Addendum.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, __Karen Y. Tu__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __8/25/2008__        Signature _____

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Karen Y. Tu
State Bar Number 4386132
Firm Name: Latham & Watkins LLP
Address/P.O Box: 885 Third Avenue
City/State/Zip: New York, NY 10022
Telephone #: 212-906-1760
Fax #: 212-751-4864
E-mail Address: karen.tu@lw.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/27/08

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# ADDENDUM

## TO

## APPLICATION FOR ADMISSION TO THE BAR

## OF

## KAREN Y. TU

| Title of Court | Date of Admission | In Good Standing |
|---|---|---|
| State Bar of New York | 01/30/2006 | Yes |
| United States District Court – Eastern District of the State of New York | 01/09/2007 | Yes |
| United States District Court – Southern District of the State of New York | 01/09/2007 | Yes |

# Receipt for Payment

Receipt No: 2-1-0004044

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Wednesday, August 27, 2008

Received from:

**POTTER MINTON**

**TYLER, TX**

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| | |
| **Total** | **$100.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 2:08cv317 PHV

Comments: CK 67884

Received by: pa