UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GraphOn Corporation, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:08-cv-317 |
| | § | |
| v. | § | |
| | § | |
| Google Inc., | § | |
| | § | |
| Defendant. | § | |

# NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT GOOGLE INC.

Defendant Google Inc. files this Notice of Appearance of Additional Counsel, and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Google Inc. in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: August 28, 2008

Respectfully submitted,

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com

**ATTORNEY FOR DEFENDANT GOOGLE INC.**

{A07\7713\0005\W0373026.1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2008. Any other counsel of record will be served by first class mail on this same date.

*/s/ Michael E. Jones*
