**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **GRAPHON CORPORATION** § | |
| § | |
| **Plaintiff** § | |
| § | **CIVIL ACTION NO. 2:08-cv-317-TJW** |
| **v.** § | |
| § | **JURY TRIAL DEMANDED** |
| **GOOGLE INC** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that Sean Pak, an attorney admitted Pro Hac Vice as counsel for Defendant Google Inc. ("Google"), and formerly of the law firm of Latham & Watkins LLP is now with the firm of Quinn Emanuel Urquhart Oliver and Hedges, LLP. Mr. Pak will continue as counsel for Google. His new contact information is as follows:

Sean Pak
50 California Street 22nd Floor
San Francisco, California 94111
Telephone: 415-875-6600
Fax: 415-875-6700
seanpak@quinnemanuel.com

Please change your records accordingly.

Dated: February 13, 2009                    Respectfully submitted,

                                            */s/ Diane V. DeVasto*
                                            Michael E. Jones
                                            State Bar No. 10929400
                                            Diane DeVasto
                                            State Bar No. 05784100
                                            POTTER MINTON, P.C.
                                            P.O. Box 359
                                            Tyler, Texas 75710
                                            Telephone: (903) 597-8311
                                            Facsimile: (903) 593-0846

                                            **COUNSEL FOR DEFENDANT
                                            GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of February 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

                                            */s/ Diane V. DeVasto*
                                            Diane V. DeVasto