# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GRAPHON CORPORATION** § | |
| § | |
| **Plaintiff** § | |
| § | **CIVIL ACTION NO. 2:08-cv-317-TJW** |
| **v.** § | |
| § | **JURY TRIAL DEMANDED** |
| **GOOGLE INC** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that David A. Nelson, an attorney admitted Pro Hac Vice as counsel for Google Inc. ("Google"), and formerly of the law firm of Latham & Watkins LLP is now with the firm of Quinn Emanuel Urquhart Oliver and Hedges, LLP. Mr. Nelson will continue as counsel for Google. His new contact information is as follows:

David A. Nelson
51 Madison Avenue 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Fax: 212-849-7100
davenelson@quinnemanuel.com

Please change your records accordingly.

Dated: February 13, 2009                    Respectfully submitted,

                                              */s/ Diane V. DeVasto*
                                              Michael E. Jones
                                              State Bar No. 10929400
                                              mikejones@potterminton.com
                                              Diane DeVasto
                                              State Bar No. 05784100\
                                              dianedevasto@potterminton.com
                                              POTTER MINTON, P.C.
                                              P.O. Box 359
                                              Tyler, Texas 75710
                                              Telephone: (903) 597-8311
                                              Facsimile: (903) 593-0846

                                              **COUNSEL FOR DEFENDANT**
                                              **GOOGLE INC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of February 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

                                              */s/ Diane V. DeVasto*
                                              Diane V. DeVasto