## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GRAPHON CORPORATION** § | |
| § | |
| **Plaintiff** § | |
| § | **CIVIL ACTION NO. 2:08-cv-317-TJW** |
| **v.** § | |
| § | **JURY TRIAL DEMANDED** |
| **GOOGLE INC.** § | |
| § | |
| **Defendant.** § | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that Jennifer Bauer, an attorney admitted Pro Hac Vice as counsel for Google Inc. ("Google"), and formerly of the law firm of Latham & Watkins LLP is now with the firm of Quinn Emanuel Urquhart Oliver and Hedges, LLP. Ms. Bauer will continue as counsel for Google. Her new contact information is as follows:

Jennifer Bauer
Quinn Emanuel Urquhart Oliver & Hedges, LLP
250 S. Wacker Dr., Suite 230
Chicago, IL 60606
Main: (312) 463-2961
Direct: (312) 463-2963
Fax: (312)463-2962
jenniferbauer@quinnemanuel.com

Please change your records accordingly.

Dated: March 6, 2009                    Respectfully submitted,

>*/s/ Diane V. DeVasto*
> Michael E. Jones
> State Bar No. 10929400
> mikejones@potterminton.com
> Diane DeVasto
> State Bar No. 05784100\
> dianedevasto@potterminton.com
> POTTER MINTON, P.C.
> P.O. Box 359
> Tyler, Texas 75710
> Telephone: (903) 597-8311
> Facsimile: (903) 593-0846
>
> **COUNSEL FOR DEFENDANT
> GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of March 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

>*/s/ Diane V. DeVasto*
> Diane V. DeVasto