## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GRAPHON CORPORATION** § | |
| § | |
| **Plaintiff** § | |
| § | **CIVIL ACTION NO. 2:08-cv-317-TJW** |
| **v.** § | |
| § | **JURY TRIAL DEMANDED** |
| **GOOGLE INC.** § | |
| § | |
| **Defendant.** § | |

### GOOGLE INC.'S UNOPPOSED MOTION TO WITHDRAW
### AND FOR TERMINATION OF ELECTRONIC NOTICES

COMES NOW Defendant Google Inc. and respectfully requests that Renny Hwang be permitted to withdraw as counsel of record for Defendant in this matter and that electronic notices to him be terminated. This withdrawal will impose no delay of the case or prejudice to any party, and Defendant's other counsel will remain of record. Plaintiff does not oppose this Motion.

WHEREFORE, ALL PREMISES CONSIDERED, Defendant Google Inc. prays that the Court grant this Motion.

Dated: March 18, 2009 Respectfully submitted,

> */s/ Diane V. DeVasto*
> Michael E. Jones
> State Bar No. 10929400
> mikejones@potterminton.com
> Diane DeVasto
> State Bar No. 05784100\
> dianedevasto@potterminton.com
> POTTER MINTON, P.C.
> P.O. Box 359
> Tyler, Texas 75710
> Telephone: (903) 597-8311
> Facsimile: (903) 593-0846
>
> **COUNSEL FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of March 2009. Any other counsel of record will be served by first class U.S. mail on this same date.

> */s/ Diane V. DeVasto*
> Diane V. DeVasto