# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GRAPHON CORPORATION** § | |
| § | |
| **Plaintiff** § | |
| § | **CIVIL ACTION NO. 2:08-cv-317-TJW** |
| **v.** § | |
| § | **JURY TRIAL DEMANDED** |
| **GOOGLE INC.** § | |
| § | |
| **Defendant.** § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND FOR TERMINATION OF ELECTRONIC NOTICES

Having considered Defendant Google Inc.'s motion to withdraw and request for termination of electronic notices, the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that Renny Hwang is hereby withdrawn as counsel of record for Defendant Google Inc. It is further

**ORDERED** that all electronic notifications to Renny Hwang regarding this matter are hereby terminated.

SIGNED this 19th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

{KEA\7713\0005\W0388168.1 }