IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| GraphOn Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>Google Inc., a Delaware corporation,<br><br>      Defendant. | Civil Action No. 2:08-cv-317-TJW |

**JOINT MOTION FOR AND STIPULATION OF DISMISSAL**

Plaintiff GraphOn Corporation and Defendant Google, Inc., by and through their undersigned counsel, hereby stipulate and jointly move this Honorable Court for an order of dismissal of this action, including counterclaims, with prejudice. Further, the parties shall bear their own attorneys' fees and costs incurred in this matter.

| | |
|---|---|
| Dated: June 4, 2009 | Dated: June 4, 2009 |
| By: */s/ Michael D. Rounds (with permission by Robert Christopher Bunt)*<br>Robert C. Bunt<br>State Bar No. 00787165<br>Robert M. Parker<br>State Bar No. 15498000<br>Charles Ainsworth<br>State Bar No. 00783521<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 1114 | By: */s/ David A. Nelson (with permission by Robert Christopher Bunt)*<br>Michael E. Jones<br>State Bar No. 10929400<br>Diane V. DeVasto<br>State Bar No. 05784100<br>POTTER MINTON, P.C.<br>110 N. College, Suite 500 (75702)<br>P.O. Box 359<br>Tyler, TX 75710 |

1

| | |
|---|---|
| Tyler, TX 75702<br>Tel: (903) 531-3535<br>Fax: (903) 533-9687<br>Email: rcbunt@pbatyler.com<br>Email: rmparker@pbatyler.com<br>Email: charley@pbatyler.com<br><br>Michael D. Rounds (*pro hac vice*)<br> - Lead Attorney<br>Nevada Bar No. 4734<br>Melissa P. Barnard (*pro hac vice*)<br>Nevada Bar No. 4916<br>WATSON ROUNDS<br>5371 Kietzke Lane<br>Reno, NV 89511<br>Tel: (775) 324-4100<br>Fax: (775) 333-8171<br>E-Mail: mrounds@watsonrounds.com<br>E-Mail: mbarnard@watsonrounds.com<br><br>Attorneys for Plaintiff,<br>GRAPHON CORPORATION | Tel: (903) 597-8311<br>Fax: (903) 593-0846<br>Email: mikejones@potterminton.com<br>Email: dianedevasto@potterminton.com<br><br>David A. Nelson (*pro hac vice*)<br>- Lead Attorney<br>QUINN EMANUEL URGUHART OLIVER &<br>HEDGES, LLP<br>250 S. Wacker Drive, Suite 230<br>Chicago, IL 60606<br>Tel: (312) 463-2961<br>Fax: (312) 463-2962<br>Email: davenelson@quinnemanuel.com<br><br>Attorneys for Defendant<br>GOOGLE, INC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served on today's date with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first-class mail on this same date:

Dated: June 4, 2009  /s/ Robert Christopher Bunt
  ROBERT CHRISTOPHER BUNT