IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| GraphOn Corporation, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:08-cv-317-TJW |
| Google Inc., a Delaware corporation, ) | |
| Defendant. ) | |

## ORDER GRANTING
## JOINT MOTION FOR AND STIPULATION OF DISMISSAL

Pursuant to the agreement of the parties and Joint Motion, the Court Orders as follows:

Plaintiff's Complaint and Defendant's Counterclaims are dismissed with prejudice, and without attorney's fees or costs to either party.

**IT IS SO ORDERED.**

SIGNED this 5th day of June, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE